**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:13CV-P479-S**


WARDELL COLEMAN                                                                    PETITIONER

v.

COMMONWEALTH OF KENTUCKY                                            RESPONDENT

**MEMORANDUM OPINION**

Petitioner Wardell Coleman initiated this action by filing a petition for writ of habeas

corpus on his own paper.  On May 13, 2013, the Clerk of Court sent a notice of deficiency to

Petitioner.  On June 5, 2013, that mailing was returned by the United States Postal Service

marked "Return to Sender, Attempted – Not Known, Unable to Forward" (DN 4).

Upon filing the instant action, Petitioner assumed the responsibility to keep this Court

advised of his current address and to litigate his claims actively.  Federal Rule of Civil

Procedure 41(b) authorizes dismissal of an action "[i]f the plaintiff fails to prosecute or to

comply with these rules or a court order."  Further, courts have an inherent power "acting on

their own initiative, to clear their calendars of cases that have remained dormant because of the

inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R. Co.*, 370 U.S. 626,

630 (1962).

Apparently, Petitioner is no longer incarcerated at the institution of his address of

record, and he has not advised the Court of any change in his address.  Because neither notices

from this Court nor filings by Respondent can be served on Petitioner, the Court concludes that

Petitioner has abandoned any interest in prosecuting this case.

The Court will, therefore, dismiss the action by separate Order.

Date:    August 2, 2013

Charles R. Simpson III, Senior Judge
United States District Court

cc:    Petitioner, *pro se*
4411.010